UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGG GOODWIN, | No. 2:23-cv-02825-DC-SCR |
| Plaintiff, | |
| v. | ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER |
| FORD MOTOR COMPANY, | |
| Defendant. | (Doc. No. 20) |

On December 19, 2024, Plaintiff filed a notice of acceptance of Defendant's Federal Rule of Civil Procedure 68 offer of judgment. (Doc. No. 20.) Therein, Plaintiff requests that judgment be entered in his favor in the amount of $250,000.00 pursuant to the terms of the accepted Rule 68 offer. (*Id.* at 4.)

Pursuant to Federal Rule of Civil Procedure 68(a), at least 14 days before trial, a defendant may serve an offer to allow judgment on specified terms to the opposing party. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, Defendant served Plaintiff with a Rule 68 offer of judgment in the amount of $250,000.00, plus reasonable attorneys' fees and costs in an amount to be determined by the court upon a noticed motion if the parties are unable to resolve the issue of attorneys' fees and costs

1

themselves. (*See* Doc. No. 20 at 5–6.) Plaintiff accepted the offer in writing on November 13, 2024. (*Id.* at 6.) Plaintiff requests that judgment be entered in favor of Plaintiff and against Defendant in the sum of $250,000.00, and that the matter of reasonable attorneys' fees and costs be reserved, to be resolved by the parties or determined by the court on motion. (*Id.* at 2, 5.) Defendant also reserved all defenses to Plaintiff's motion for attorneys' fees and costs. (*Id.* at 5.)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant Ford Motor Company in the amount of $250,000.00, plus reasonable attorneys' fees and costs (Doc. No. 20); and

2. Within thirty (30) days from the date of entry of this order, the parties shall file a notice informing the court that they have resolved the issue of attorneys' fees and costs among themselves, or Plaintiff shall file a motion for attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **December 27, 2024**

Dena Coggins
United States District Judge

2